CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>  Plaintiff,<br>v.<br>JANET RIEDMAN, in individual and representative capacity as trustee of The Riedman Marital Trust created under The F. & J. Riedman Family Trust, dated April 11, 2001; and Does 1-10,<br>  Defendants. | Case No.: 8:20-CV-01120-JLS-ADS<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: August 28, 2020        By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff

Notice of Settlement        -1-        8:20-CV-01120-JLS-ADS