CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JANET RIEDMAN, in individual and representative capacity as trustee of The Riedman Marital Trust created under The F. & J. Riedman Family Trust, dated April 11, 2001; and Does 1-10,<br><br>　　　Defendants. | **Case:** 8:20-CV-01120-JLS-ADS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Janet Riedman, in individual and representative capacity as trustee of The Riedman Marital Trust created under The F. & J. Riedman Family Trust, dated April 11, 2001 has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 15, 2020　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff